**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-1155**

───────────

FEDERAL KEMPER LIFE ASSURANCE COMPANY,

Plaintiff - Appellee,

and

KAREN ANN LEIMBACH,

Defendant - Appellee,

versus

DEAN SCOTT FINGLASS,

Defendant - Appellant,

and

CARON BETH FINGLASS,

Defendant.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Andre  M.  Davis,  District  Judge.
(CA-03-81-AMD)

───────────

Submitted:  May 5, 2004          Decided:  May 17, 2004

───────────

Before WIDENER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Dean Scott Finglass, Appellant Pro Se. Rob Ross Hendrickson, BOYD, BENSON & HENDRICKSON, Baltimore, Maryland, for Appellee Leimbach. Bryan David Bolton, Hisham M. Amin, FUNK & BOLTON, P.A., Baltimore, Maryland, for Appellee Federal Kemper Life Assurance Company.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dean Scott Finglass appeals the district court's order and judgment of interpleader granting Karen Ann Leimbach's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Federal Kemper Life Assurance Co. v. Finglass, No. CA-03-81-AMD (D. Md. Jan. 20, 2004). We grant Finglass's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED